Núm. 7877.—PUEBLO, apldo. *v.* RODRÍGUEZ, aplte.—C. D. Bayamón.

Enero 9, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, la Corte de Distrito de Bayamón condenó al acusado a seis meses de cárcel por el delito de infracción al artículo 7 de la Ley núm. 14, aprobada en 8 de julio de 1936;

POR CUANTO, el acusado apeló de dicha sentencia y señaló originalmente tres errores cometidos por la corte inferior;

POR CUANTO, en moción radicada posteriormente el acusado levanta la cuestión privilegiada de nó haberse alegado en la acusación el sitio de la residencia del acusado, hecho que hace dicha acusación fatalmente defectuosa;

POR CUANTO, examinada la acusación, de la misma no aparece alegada la residencia del acusado;

POR CUANTO, el Fiscal de esta Corte se allana en su informe escrito a la revocación de la sentencia y a la absolución del acusado:

POR TANTO, de acuerdo con la doctrina establecida en el caso de *El Pueblo* v. *Díaz Ocasio*, número 7478, resuelto el día 17 de noviembre de 1939 (ante, pág. 629), se revoca la sentencia apelada y se absuelve al acusado.